CLEMENT C. CLAWSON, respondent,

*v.*

AURELIA LEE BREWER et al., appellants.

[Argued November 23d, 1905. Decided June 18th, 1906.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported in *67 N. J. Eq. 201.*

*Mr. Thomas S. Henry,* for the appellants.

*Mr. Charles H. Halfpenny* and *Mr. Robert H. McCarter,* attorney-general, for the respondent.

PER CURIAM.

The decree in this case is affirmed, for the reasons contained in the opinion delivered in the court of chancery by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—14.

*For reversal*—None.